■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SISNETT, Appellant. (Appeal No. 2.) [630 NYS2d 956] —Judgment unanimously affirmed. Memorandum: Contrary to defendant's contention, we conclude that the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Onondaga County Court, Burke, J.—Attempted Assault, 2nd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.